# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SCOTT E. HOUSTON

NO. 2022 KW 0523

**AUGUST 29, 2022**

---

In Re:    Scott E. Houston, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          20-WCR-399.

---

**BEFORE:    McDONALD, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

**JMM**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn̄*

---
DEPUTY CLERK OF COURT
    FOR THE COURT